UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTWAINE CLARKE,

          Plaintiff,

v.

ADCO PRODUCTS INC.,

          Defendant.
_____/

Case No. 2:23-cv-11648

HONORABLE STEPHEN J. MURPHY, III

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

The parties informed the Court's chambers that they resolved the dispute through facilitative mediation in January 2024. The Court held a status conference and approved the settlement on February 2, 2024. ECF 10. The parties did not submit closing documents and a proposed order of dismissal because they continued to work out details of settlement. On June 3, 2024, the parties informed the Court's chambers that they expanded the scope of the settlement agreement and were reviewing the agreement for finality by the end of June. Because of the resolution, there is no longer a case or controversy between the parties. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than June 28, 2024. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties must **FILE** their closing documents dismissing the case with prejudice **no later than June 28, 2024**.

This is a final order that closes the case.

**SO ORDERED.**

                                              s/ Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: June 4, 2024